UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


FASENDER LOTY JOSEPH,

                Petitioner,

v.                                   Case No. 3:26-cv-875-MMH-SJH

TODD BLANCHE, et al.,

                Respondents.
_____

## **ORDER**

On June 3, 2026, the Court entered an Order granting the Petition and directing Respondents to either afford Petitioner an individualized bond hearing or release him within seven days. See Order (Doc. 15). On June 8, 2026, Petitioner received a bond hearing, at which an immigration judge denied bond, finding Petitioner is a flight risk. See Doc. 20-1. On June 17 and 25, 2026, Petitioner filed pro se Motions (Docs. 17, 18) seeking, among other relief, a new bond hearing.

Because Petitioner is represented by counsel in this case, his pro se Motions (Doc. 17, 18) are **STRICKEN**. See Local Rule 2.02(b)(3), United States District Court, Middle District of Florida ("If a lawyer represents a person in

an action, the person can appear through the lawyer only."). The file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of July, 2026.

MARCIA MORALES HOWARD
United States District Judge

caw/JAX-3 7/7
c:
Fasender Loty Joseph
Counsel of Record

2